UNITED STATES of America, Plaintiff–Appellee,

v.

John Kennedy SCOTT, a/k/a Michael Webb, Defendant–Appellant.

No. 01–7259.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2001.

Decided Jan. 11, 2002.

John Kennedy Scott, Pro Se. Robert E. Trono, Assistant United States Attorney, Richmond, VA, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

John Kennedy Scott seeks to appeal the district court's orders denying his motions filed under 28 U.S.C.A. § 2255 (West Supp.2001) and 28 U.S.C.A. § 2253 (West Supp.2001). Because Scott has not made a substantial showing of the denial of a constitutional right, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*